177 A.3d 121

STATE OF NEW JERSEY, PLAINTIFF, v. MARC GALLUCCI, DEFENDANT. STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. STEPHANIE R. TYLKA, DEFENDANT–PETITIONER.

C–453 September Term 2017
079754

December 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–3609/5239–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.